IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RALPH KEVIN TAYLOR,

    Defendant.

Case No. 3:96cr098 (3)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; DIRECTIVE TO BUREAU OF PRISONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On September 13, 2012, the Defendant, having previously been found in violation of his supervised release which began April 3, 2009, appeared in open Court for final disposition.

Pursuant to the record made in open Court on the aforesaid September 13, 2012, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons for a period of 24 months, to be served concurrently with 120-month sentence imposed by the undersigned in Case No. 3:10cr210. There will be no re-imposed period of supervised release to follow the expiration of this sentence in the captioned cause.

The Defendant has a total of 496 days of over-served time (see attached). It is

the order of the Court that credit for said over-served time of 496 days be credited against the combined sentence of 120 months (24 months on the supervised release violation to be served concurrently with the 120-month sentence in Case No. 3:10cr210.)

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 18, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Raynell Adams, U.S. Probation Officer
U.S. Marshals Service

BP-S623.058 **LATE RELEASE NOTICE FOR UNITED STATES PROBATION SERVICE** CDFRM
FEB 97
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| Institution | Name of Inmate | Register No. |
|---|---|---|
| FCI Oakdale | TAYLOR, Ralph Kevin | 42596-061 |

| Would have been Release Date 11-24-2007 | Actual Release Date 04-03-2009 |
|---|---|

Over-Served Time (Days) Amount: 496 days

Over-Served Time Reason: Receive court order reducing sentence pursuant to T18:3582(c)(2)(crack sentencing guidelines). The new order reduced sentence to 151 Months.

| Signature of Reporting Official<br><br>//S//<br>Robin Barnes | Title<br>Operations Manager | Date Signed<br><br>April 3, 2009 |
|---|---|---|

This information is being provided because the **over-served time** credit information may be of use to the court in considering the amount of time that should be imposed for a revocation of supervised release.

If the prisoner is returned with a **Supervised Release Violator (SRV) Term**, the Bureau of Prisons will award the **over-served time** credit to the revocation sentence as required by 18 U.S.C. § 3585(b).

It is possible that some or all of the **over-served time** credit identified in this report will be applied to another federal sentence prior to sentencing for revocation of the supervised release. If there is any doubt as to the amount of **over-served time** credit to be applied to the **SRV Term**, contact the BOP Regional Inmate Systems Administrator for your district for more information.

Original - U.S. Probation Office; Copy - J & C File

(This form may be replicated via WP)

"Would have been release date" refers to the date that would have occurred in the past based on a recalculation of sentence due to a court order or staff review. "Over-served time" refers to the days served in imprisonment between a would have been release date and the actual release date.

RECEIVED
APR - 9 2009
PROBATION OFFIC