# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs ) Case No. 3:96CR98(1)-WHR
)
)
RALPH KEVIN TAYLOR )

## ORDER TO REMIT PREVIOUSLY IMPOSED FINE

Based on the recommendation of the U.S. Probation Officer, and for good cause shown it is hereby ordered that the balance of the FINE previously ordered on August 7, 1998, be remitted.

Dated this ___ day of ~~October~~ November, 2012

Walter Herbert Rice
United States District Court Judge